UNITED STATES DISTRICT COURT
CONNECITCUT

VITTORIA AMASINO

    Plaintiff,

V.                                                  CIVIL ACTION NO

J.C. CHRISTENSEN & ASSOCIATES, INC.

Defendant.                                   FEBRUARY 3, 2015

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in North Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 200 14th Avenue East, Sartell, Minnesota 56377.

6. Defendant communicated with plaintiff by letter dated May 27, 2014 in connection with collection efforts with regard to plaintiff's disputed personal debt allegedly owed to LVNV Funding, LLC.  *See Exhibit 1.*

7. In the collection efforts, the Defendant communicated with a third party and discussed the fact the Plaintiff owed an alleged debt to the Plaintiff's son.

8. Defendant violated the FDCPA, § 1692c by calling the home of the Plaintiff and speaking with a third party not obligated on the debt.

9. In the collection efforts, the Defendant violated the FDCPA; inter alia §1692c.

**SECOND COUNT**

10. The allegations of the First Count are repeated and realleged as if fully set forth herein.

11. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to communications with 3rd parties, prohibited by the FDCPA § 1692c and also making false, deceptive and misleading statements in violation of §1692e.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.
2. Award Plaintiff statutory damages pursuant to CUTPA
3. Award Plaintiff costs of suit and a reasonable attorney's fee.
4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
Kennedy Law Firm
1204 Main Street, #176
Branford, CT 06405
(443) 607- 8901
(443) 440-6372 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com
